# Court of Appeals
# of the State of Georgia

ATLANTA,____July 29, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15D0502. CHRISTINE STONE v. THE BANK OF NEW YORK MELLON.**

The Bank of New York Mellon filed a dispossessory action against Christine Stone. Stone counterclaimed. The trial court issued an order granting summary judgment to the bank on its dispossessory action and Stone's counterclaims, and Stone appealed to this Court, enumerating 13 alleged errors. We affirmed in an unpublished opinion. See *Stone v. Bank of New York Mellon*, Case No. A11A0314 (decided March 8, 2011). On August 18, 2011, after return of the remittitur, the trial court entered a writ of possession in favor of the bank. On July 8, 2015, the trial court granted another writ of possession in favor of the bank, and Stone filed this application for discretionary appeal, seeking review of this second writ of possession. We, however, lack jurisdiction.

Where the questions presented on appeal have become moot, an appeal is subject to dismissal. See OCGA § 5-6-48 (b) (3). "An appeal becomes moot if the rights insisted upon could not be enforced by a judicial determination." *Randolph County v. Johnson*, 282 Ga. 160 (1) (646 SE2d 261) (2007). Here, our March 8, 2011 opinion affirming the state court's grant of summary judgment served as a final adjudication of the dispute between the parties. See *Aetna Casualty & Surety Co. v. Bullington*, 227 Ga. 485, 485-486 (2) (181 SE2d 495) (1971). "When a final judgment of the trial court is affirmed by this court . . . the controversy is at an end; the rights of the parties, so far as they are involved in the litigation, are conclusively adjudicated." Id. at 486 (2). Accordingly, Stone no longer has any right with respect to the underlying dispossessory action that may be enforced by judicial action in the trial court or that can be affected by appellate review of the trial court's order. This

application is hereby DISMISSED as moot.

The appellant's "Emergency Motion for Writ of Supersedeas, Pursuant to Rule 40 (b)" is also DISMISSED as moot.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* ___07/29/2015___

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*